[No. 16124–5–I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KURT
D. PERSSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–03651–8, Jack Richey, J. Pro Tem.,
entered February 13, 1985. *Dismissed* by unpublished per
curiam opinion.

[No. 15506–7–I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL
SUNG CHO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–02176–6, Rosselle Pekelis, J., entered
October 16, 1984. *Affirmed in part* and *reversed in part* by
unpublished per curiam opinion.

[No. 14938–5–I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ERROL
WALLACE PRITCHARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00919–1, Terrence A. Carroll, J., entered
June 21, 1984. *Dismissed* by unpublished per curiam opin-
ion.

[No. 16672–7–I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
CHRISTOPHER SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–8–00309–0, Charles V. Johnson, J., entered
June 19, 1985. *Reversed in part* by unpublished per curiam
opinion.